MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John E. James, III,        )<br>                                      )<br>     Plaintiff,              )<br>                                      )<br>vs.                              )<br>                                      )<br>A.K. Scribner, et al.,      )<br>                                      )<br>     Defendants.         )<br>                                      ) | No. CV 1-07-880-RCC<br><br>**ORDER** |

**I.    Background**

In a January 16, 2009 Order, the Court instructed the Clerk of Court to send Plaintiff a service packet including the Complaint, the Order, a Notice of Submission of Documents form, an instruction sheet, and copies of summons and USM-285 forms for Defendants Swaim, Valdez, Edmond, Athey, Barron, Correia, Melo, Herndandez, and Sunderland. The Court gave Plaintiff 30 days to complete and return to the Clerk of Court the Notice of Submission of Documents and informed Plaintiff that he must submit with the Notice of Submission of Documents: a copy of the Complaint for each Defendant, a copy of the Order for each Defendant, a completed summons for each Defendant, and a completed USM-285 for each Defendant.

. . . .

. . . .

. . . .

JDDL

## II. Pending Motion

On February 10, 2009, Plaintiff filed a Motion Requesting a Thirty (30) Day Time Extension (Doc. #14), in which he seeks a 30-day extension of time to comply with the Court's Order.[1]  The Court, in its discretion, will grant the Motion.

## III. Warnings

### A. Address Changes

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83-182(f) and 83-183(b) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

### B. Copies

Plaintiff must submit an additional copy of every filing for use by the Court.  See LRCiv 5-133(d)(2).  Failure to comply may result in the filing being stricken without further notice to Plaintiff.

### C. Possible Dismissal

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's February 10, 2009 Motion Requesting a Thirty (30) Day Time Extension (Doc. #14) is **granted**.

(2) Within **30 days** of the date of filing of this Order, Plaintiff must complete and return to the Clerk of Court the Notice of Submission of Documents.  Plaintiff must submit

---

[1] Plaintiff states that the Court "order[ed] that plaintiff serve (summons & complaint), & copies of the complaint & court order 1-16-09; on the defendants within (30) days of that Order."  Plaintiff is incorrect.  The Order ordered him to return a Notice of Submission of Documents and specifically stated: "**Plaintiff must not attempt service on Defendants and must not request waiver of service**." (Emphasis added.)

with the Notice of Submission of Documents: a copy of the Complaint for each Defendant, a copy of January 16, 2009 Order for each Defendant, a completed summons for each Defendant, and a completed USM-285 for each Defendant.

(3)   **Plaintiff must not attempt service on Defendants and must not request waiver of service**.   Once the Clerk of Court has received the Notice of Submission of Documents and the required documents, the Court will direct the United States Marshal to seek waiver of service from each Defendant or serve each Defendant.

(4)   **If Plaintiff fails to return the Notice of Submission of Documents and the required documents within 30 days of the date of filing of this Order, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action without prejudice.**  See **Fed. R. Civ. P. 41(b).**

DATED this 3rd day of March, 2009.

_____
Raner C. Collins
United States District Judge