IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| John E. James III, | ) | No. CV 07-880-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| A.K. Scribner, et al., | ) | |
| Defendant. | ) | |

Pending before this Court is Plaintiff's Motion for Extension of Discovery Deadline (Docket No. 40). The Court finds good cause. Therefore,

**IT IS HEREBY ORDERED:** The Court's discovery deadline of December 21, 2009 is **vacated**.

**IT IS FURTHER ORDERED:** The revised discovery deadline is February 4, 2010.

DATED this 18th day of December, 2009.

_____
Raner C. Collins
United States District Judge