1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8                              FRESNO DIVISION

9

10   John James III,                    )     No. CV 07-880-TUC-RCC
                                        )
11            Plaintiff,                 )     **ORDER**
                                        )
12   vs.                                 )
                                        )
13                                       )
     A.K. Scribner, et al.,              )
14                                       )
              Defendant.                 )
15                                       )
                                        )
16   _____)

17

18        For good cause appearing, the dispositive motion deadline is set for April 4, 2010,

19   60 days after the current discovery deadline.

20
          DATED this 4th day of January, 2010.
21

22

23

24

25                                        _____
                                                 Raner C. Collins
26                                            United States District Judge

27

28