IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| John E. James, III, | ) | No. CV 07-880-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| A.K. Scribner, et al., | ) | |
| Defendants. | ) | |

   Plaintiff John James has recently filed two separate motions for a Temporary Restraining Order. Plaintiff has attached to each motion physical exhibits in support of the claims raised in the respective motions. To the first motion, Plaintiff attached as an exhibit the "scabies" he claims Defendants placed in his bedding. To the second motion, Plaintiff attached as an exhibit a sample of his food that he claims is infected with "swine flu."

   Plaintiff's physical exhibits have raised this Court's concern for the safety of the Court staff responsible for processing these motions. In the interest of protecting the Clerk of Court staff,

//

//

//

1     **IT IS HEREBY ORDERED** that Plaintiff is directed to <u>not file anymore</u> non-paper physical exhibits without *prior permission* from the Court.

    DATED this 8th day of April, 2010.

                *[signature]*
                Raner C. Collins
                United States District Judge