IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| John James III, | ) | No. CV 07-880-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| A.K. Scribner, et al., | ) | |
| Defendants. | ) | |

Pending before this Court are plaintiff's motions for temporary restraining order and/or preliminary injunction (Dkt. # 45, 55, 61, 62). As of today's date, defendants have yet to file a response to said motions. Therefore,

**IT IS HEREBY ORDERED** that defendants are directed to respond to plaintiff's motions on or before May 17, 2010.

DATED this 27th day of April, 2010.

Raner C. Collins
United States District Judge