IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| John E. James, | No. CV 07-880-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| A.K. Scribner, et al., | |
| Defendants. | |

Pending before this Court is Plaintiff's motion requesting that the Court issue a Subpoena Duces Tecum for non-parties (Dkt. #57). Specifically, Plaintiff has requested the Court compel production of documents and tangible items from the California Department of Corrections and California State Prison Corcoran. Upon review of Plaintiff's motion,

**IT IS HEREBY ORDERED** that Defendants must file a response to this motion outlining what their position is with regard to the release of the documents and tangible items outlined in Plaintiff's motion. Defendants shall respond within **30 days** from the date of this order.

DATED this 2nd day of June, 2010.

Raner C. Collins
United States District Judge