IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| John E. James, | ) | No. CV 07-880-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| A.K. Scribner, et al., | ) | |
| Defendants. | ) | |

    Pending before this Court is Plaintiff's motion to supplement/amend the complaint (Dkt. #52). Plaintiff has also filed a reply in support of this motion (Dkt. #58), however, the Court finds no record of Defendants filing a response to Plaintiff's motion. Upon review,

    **IT IS HEREBY ORDERED** that Defendants must file a response to this motion (Dkt. #52) outlining what their position is with regard to Plaintiff adding new claims and parties to his complaint. Defendants shall respond within **30 days** from the date of this order.

DATED this 18th day of June, 2010.

_____
Raner C. Collins
United States District Judge