IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| John James III, | No. CV 07-880-TUC-RCC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S MOTION FOR SUBPOENA DUCES TECUM** |
| vs. | |
| A.K. Scribner, et al., | |
| Defendants. | |

Good cause appearing, Defendants are granted a one week extension of time to serve response to Plaintiff's Motion for Subpoena Dues Tecum.

**IT IS HEREBY ORDERED:** Defendants shall be granted an extension of time, to and including July 9, 2010, to file and serve a response to Plaintiff's Motion for Subpoena Duces Tecum.

DATED this 1st day of July, 2010.

_____
Raner C. Collins
United States District Judge