IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John James,<br><br>             Plaintiff,<br><br>vs.<br><br>A.K. Scribner, et al.,<br><br>             Defendants. | No. CV 07-880-TUC-RCC<br><br>**ORDER** |

Pending before this Court is Plaintiff's Ex-Parte Motion for Preliminary Injunctive Relief (Doc. 101).  Upon review,

**IT IS HEREBY ORDERED** Defendants must file a response outlining their position on Plaintiff's Motion (Doc. 101) on or before **September 23, 2010**.

**IT IS FURTHER ORDERED** that the Court shall set the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment after ruling on Plaintiff's Motion for Preliminary Injunction.

DATED this 8th day of September, 2010.

_____
Raner C. Collins
United States District Judge