1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   John James III,                    )    No. CV 07-880-TUC-RCC
                                        )
10          Plaintiff,                  )    **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     A.K. Scribner, et al.,             )
13                                      )
            Defendants.                 )
14                                      )
                                        )
15   _____)

16

17          Pending before this Court are Plaintiff's Second Motion to Supplement Complaint

18   (Doc. 112), Motion to Compel (Doc. 114), and Motion for Duces Tecum Subpoena for Third

19   Party Documents (Doc. 115).

20          Plaintiff's Motion for Duces Tecum Subpoena for Third Party Documents (Doc. 115)

21   appears to be identical to his Motion for Third Party Subpoenas (Doc. 103) filed on

22   September 16, 2010.  On October 1, 2010, this Court issued its order addressing Plaintiff's

23   requested relief.  *See* Doc. 110.  Therefore, the Court will not revisit this issue further.

24          However, the Court will require a response from Defendants as to Plaintiff's

25   remaining two motions.  Accordingly,

26          **IT IS HEREBY ORDERED** that Defendants must file a response outlining their

27   position on Plaintiff's Motion to Supplement Complaint (Doc. 112) and Motion to Compel

28   (Doc. 114) on or before **October 26, 2010**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Duces Tecum Subpoena for Third Party Documents (Doc. 115) is **denied**.

DATED this 5th day of October, 2010.

_____
Raner C. Collins
**United States District Judge**