IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John James III, | No. CV 07-880-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| A.K Scribner, et al., | |
| Defendants. | |

Upon good cause appearing, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Exceed Page Limit (Doc. 124) is **granted**.
2. Plaintiff's Motion to File Late Response (Doc. 125) is **granted**.
3. Defendants' Motion for Extension of Time to File Reply (Doc. 127) is **granted.** Defendants shall be granted an extension of time, to and including January 7, 2011, to file and serve their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

DATED this 10th day of December, 2010.

Raner C. Collins
United States District Judge